IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
FEB 1 3 2019
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. CR 19-017-RAW |
| LIEUTENANT SKYLARE HOLSTICK and SHARA TYESHA CUMINS, aka SHARA TYESHA HOLSTICK, | |
| Defendants. | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA**
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D) & 18 U.S.C. § 2]

On or about December 22, 2018, within the Eastern District of Oklahoma, the defendants, **LIEUTENANT SKYLARE HOLSTICK** and **SHARA TYESHA CUMINS, aka SHARA TYESHA HOLSTICK**, did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

A TRUE BILL:

BRIAN J. KUESTER
United States Attorney

*/s/ Gregory Dean Burris*
GREGORY DEAN BURRIS, OBA # 16995
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY